1  RESHMA KAMATH
2  Reshma Kamath, Cal. Bar No. 333800
3  700 El Camino Real, Suite 120, #1084
   Menlo Park, California 94025, United States
4  Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>PLAINTIFF,<br><br>v.<br><br>COINBASE, INC.; WELLS FARGO BANK, N.A.; AND, DOES 1-10, INCLUSIVE,<br><br>DEFENDANTS | Case No.:  4:23-cv-03533-KAW<br><br>PLAINTIFF RESHMA KAMATH'S REPLY TO THE COURT ORDER DATED OCTOBER 19, 2023<br><br>DEMAND FOR JURY TRIAL |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

1

1  **PLEASE TAKE NOTICE** that PLAINTIFF RESHMA KAMATH
2  states that after having reviewed the Court's Order dated October 19, 2023, it seems
3  the court wants a stipulation with the attorneys of Defendants Coinbase, Inc. to grant
4  the partial stay. For the court's information, the attorneys of Defendants Coinbase, Inc.
5  are the ones who wanted the Plaintiff to request this partial stay; and, thus, Plaintiff
6  obliged to notify the court of the parties' intent to enter into arbitration without
7  Defendant Wells Fargo Bank, N.A.. Even when Plaintiff does not think the claims
8  will resolve appropriately without the named defendants arbitrating together, Defend-
9  ant Coinbase insists on arbitration based on the click agreement, i.e., unconscionable.

DATED: October 19, 2023                    LAW OFFICE OF RESHMA KAMATH

                                           /s/ Reshma Kamath
                                           Reshma Kamath,
                                           Plaintiff,
                                           *In Propria Persona*

PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, and my e-mail address is reshmakamath2021@gmail.com for electronic-service. On October 19, 2023, I served the following document(s) on: SEE ATTACHED SERVICE LIST.

PLAINTIFF RESHMA KAMATH'S REPLY TO THE COURT ORDER DATED OCTOBER 19, 2023

*VIA ELECTRONIC SERVICE*: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICEOF C.C.P. 1010.6, VIA CONSENT BETWEEN APPEARED PARTIES]

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on October 19, 2023.

*/S/ Reshma Kamath*,
RESHMA KAMATH

SERVICE LIST

ALEXANDRA WHITWORTH
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - San Francisco, CA USA
alex.whitworth@bclplaw.com
T: +1 415 675 3463

MAKAELA O'CONNELL
Associate
makaela.oconnell@bclplaw.com
T: +1 310 576 2152
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300, Santa Monica, CA 90401-2386

ATTORNEYS FOR DEFENDANT COINBASE, INC.

3