**RESHMA KAMATH**
Mailing Address:
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Plaintiff, *In Propria Persona*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC.; WELLS FARGO BANK, N.A.; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | **Case No.: 3:23-cv-03533-CRB**<br><br>[*For Senior District Judge Charles R. Breyer*]<br><br>**OBJECTION TO THE STAY ORDER OF BREYER ON MARCH 05, 2024**<br><br>Complaint Filed: July 16, 2023<br>Trial Date:     *Not Set Yet* |

# **OBJECTION**

Kudos White America! You have done it again. Please ensure that you're habitual-making of racist Orders promoting White attorneys and the continuous shoving of White people's faults goes on. White people, especially White women can walk in and out of anywhere without having to wait, without much effort, and the White people and rest of America make life at ease for them.

It is such a disgrace. No wonder I left this country twice. This is just Plaintiff's test to see how American justice treats educated women of color and immigrants such as undersigned. And no wonder San Francisco is in a crisis of homelessness, drugs and poverty – gratitude to the even-keeled judges that are stuck in the arcane ages.

Pretty much known there is no justice for people of color in America until they're dead – e.g. Floyd, Arbary, Breanna, Emmett, and so on, or until they have wasted their lives serving some kind of egregious term for something they did not do based on guess-what White people's "lies". Why not publicly shame the perpetrators – there is no answer to these White judges and White-thinking judges but to laugh. But for the Kyle Rittenhouse's and Jean E. Carroll's of America justice galore. Abominable.

**DATED: March 05, 2024**          **RESHMA KAMATH**

                                    */S/ Reshma Kamath*

                                    Plaintiff, *In Propria Persona*

# PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, and my e-mail address is reshmakamath2021@gmail.com for electronic-service. On March 05, 2024, I served the following document(s) on: SEE ATTACHED SERVICE LIST.

**OBJECTION TO THE STAY ORDER OF BREYER ON MARCH 05, 2024**

**VIA ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. 1010.6, VIA CONSENT BETWEEN APPEARED PARTIES.]

**SERVICE LIST**
ALEXANDRA WHITWORTH
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - San Francisco, CA USA
alex.whitworth@bclplaw.com
T: +1 415 675 3463
MAKAELA O'CONNELL
Associate
makaela.oconnell@bclplaw.com
T: +1 310 576 2152
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300, Santa Monica, CA 90401-2386

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on March 05, 2024.

*/S/ Reshma Kamath*
RESHMA KAMATH