**RESHMA KAMATH**
Mailing Address:
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Plaintiff, *In Propria Persona*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RESHMA KAMATH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COINBASE, INC.; WELLS FARGO BANK, N.A.; AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 3:23-cv-03533-CRB<br><br>[*For Senior District Judge Charles R. Breyer*]<br><br>**NOTICE OF CHARLES BRYER AND ALEXANDRA WHITWORTH'S WHITE RACISM**<br><br>Complaint Filed:  July 16, 2023<br>Trial Date:　　*Not Set Yet* |

1

## <u>NOTICE</u>

The reasons why racism, misogyny and White culture took over this case:

- Racist Alexandra Whitworth, a White woman, knew she could use her White prowess anywhere. That is both her White prowess ethnically and her skin-tone. Racist Alexandra displayed this cunningly as White women do always escaping from any harm or any liability for misrepresentations as White men and men unflinchingly support misogynistic White women.

- Racist Alexandra Whitworth, a White woman, knew that her White prowess would not work with an African-American female magistrate judge. But racist Alexandra knew her Whiteness would work with men.

- The declarations racist Alexandra provided were from men.

- The Racist judge that racist Alexandra got a stay from was a White male, Breyer.

- Racist Alexandra knows, as White women know, that men and men of color will lap like dogs to a White woman's instructions.

- For the months leading up to the motion racist Alexandra filed, racist Alexandra and her team of other racist White women pretended they would work together with Plaintiff Reshma Kamath.

- For this, racist Alexandra Whitworth pretended she would handover documents from Coinbase, Inc. to Plaintiff Reshma Kamath.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Plaintiff Reshma Kamath stated that in lieu of Reshma subpoenaing the required documents, it would be mutually convenient to take this case forward if Defendant Coinbase would share the documents. But Defendant Coinbase and racist Alexandra had other deceiving tricks up their sleeve. Exhibit A. Exhibit B.

- Plaintiff Reshma Kamath thinking that racist Alexandra was genuine (however, there is no opposing White women attorney who was ever ethical to Plaintiff Reshma Kamath yet – all such White women attorneys were liars/even misrepresenting under oath) fell into Alexandra's racist trap. (Hundreds of White women have lied under oath in America to get innocent people of color in trouble.)

- Plaintiff Reshma Kamath who has high integrity and resolute ethics did not share the stipulation and corresponding e-mails with the court during the opposition.

- But now, since racist Alexandra and racist Breyer decided to team up in White racism, Plaintiff had to produce this.

- The reason why racist Breyer is racist is – similar to other racist White judges, racist Breyer thinks because he hired some women of color as his staff members that he is somehow not racist. (Slavery, Colonization, and Apartheid had plenty of non-White women/people working for White people).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Other reasons why racist Breyer is racist because he could not agree with his predecessor, an African-American female magistrate judge.

- Racist Breyer thinks because he agreed with some White women he is some how a better judge.

- Plaintiff Reshma Kamath has witnessed dozens of White guys in the law talk and think like this for the past decade. What White men don't understand is just because they grew up in an era where mostly men practiced law, those times have changed. White women are very privileged compared to women of color and immigrant women of color.

- Plaintiff Reshma Kamath states that women of color want justice in America women of color have to appear before a judge of the same ethnicity and racial background (as much as race is a social-construct).

- Like when a Latin-American woman was a plaintiff and the defense there brought a motion to compel arbitration for a click-wrap agreement, it was before Yvonne Gonzalez Rogers. Defendant Yvonne wrote gibberish facts with hollow law to not allow it to occur. No part of the order laden with stupidity made any sense to even a second-grade child. It was so pathetically racist.

- When Indian-Americans/Muslim-Americans appear before racist White Breyer or racist White White (no pun intended) – seems the latter is as honest

as his name is – racially prejudiced, they find reasons to chime in with their White counter-parts.

- Plaintiff Reshma Kamath had informed the court that this matter cannot be handled only with Defendant Coinbase, Inc., but with Defendant Wells Fargo and if required other defendants who were instrumental in the theft of Plaintiff's crypto now worth over hundreds of thousands.

- In the instant case, Plaintiff Reshma Kamath is serving Defendant Wells Fargo.

- Until then, Plaintiff Reshma Kamath will not arbitrate this case and will litigate this case – if Plaintiff Reshma Kamath does not find recourse in the courts, Plaintiff Reshma Kamath will find it elsewhere.

- If Plaintiff Reshma Kamath's money is not returned to her before the end of this litigation, then CAND better watch out – anyway racist Breyer will be named as a defendant in a lawsuit.

- When and if Plaintiff Reshma Kamath ever decides to become a judge in the United States or elsewhere, racists like Alexandra and Charles better not appear before her.

- Racist Alexandra knows how to show she is innocent – each time she brings in someone racially-similar to Plaintiff to prove Defendant Coinbase and racist Alexandra are angels. For example, she brought a Middle-Eastern IT Tech as a declarant and then when Plaintiff talked about Asian ethnicity, racist

Alexandra brought an Asian-American woman with a notice of appearance. Racist Alexandra also knows White men such as racist Breyer's draw towards East-and South-East Asian women and people in general.

- What makes racist Breyer think that racist Alexandra and Defendant Coinbase were amenable to returning Plaintiff's monies stolen under Defendant Coinbase's watch.

- If Defendant Coinbase and racist Alexandra wanted to do that, they would have done this ages ago – as they prolonged this litigation for months. Racist Breyer has no sympathy towards women of color – particularly those from Indian and Middle-Eastern backgrounds.

- The ugly reality of America displayed in ugly racism of racist Breyer and racist Alexandra.

- These kinds of trashy White people in the courts have ruined the lives of countless people of color, women of color, and families of color – some ending up in prison, some homeless and others dead. American history is witness to this – past and present.

///

DATED:  March 29, 2024          **RESHMA KAMATH**

/S/ Reshma Kamath

Plaintiff, *In Propria Persona*

**PROOF OF SERVICE**
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

  I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, and my e-mail address is reshmakamath2021@gmail.com for electronic-service. On March 29, 2024, I served the following document(s) on: SEE ATTACHED SERVICE LIST.

**NOTICE OF CHARLES BRYER AND ALEXANDRA WHITWORTH'S WHITE RACISM**

**VIA ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. 1010.6, VIA CONSENT BETWEEN APPEARED PARTIES.]

**SERVICE LIST**
ALEXANDRA WHITWORTH
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - San Francisco, CA USA
alex.whitworth@bclplaw.com
T: +1 415 675 3463

MAKAELA O'CONNELL
Associate
makaela.oconnell@bclplaw.com
T: +1 310 576 2152
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300, Santa Monica, CA 90401-2386


I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on March 29, 2024.

*/S/ Reshma Kamath*
RESHMA KAMATH